In the Matter of the Judicial Settlement of the Account of Proceedings of RALPH PULITZER and Others, as Trustees of the NEWSPAPER TRUST, etc., of JOSEPH PULITZER, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of APOLLO CONSTRUCTION CORPORATION against SAMUEL LEVY, President of the Borough of Manhattan.— Motion for reargument granted, and on such reargument the order appealed from is reversed, without costs, and an alternative order of mandamus granted, and the order of this court entered December 16, 1932, vacated. Motion for leave to appeal to the Court of Appeals denied. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ. [See *ante*, p. 813.]

THE CITY OF NEW YORK v. BROOKLYN ALCATRAZ ASPHALT COMPANY and Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWIN EPSTEIN v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

E. H. ROLLINS & SONS v. NATIONAL SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

FLUSHING MANOR, INC., v. GIFFORD CONSTRUCTION COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.